**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Walter Urena
David Wade Corr. Center DOC No. 607969
670 Bell Hill Road - N5C
Homer LA 71040-2150

**REHEARING ACTION: May 25, 2016**

**Docket Number: 15   01065-KA**

**STATE OF LOUISIANA**
**VERSUS**
**WALTER URENA**

**Appealed from Rapides Parish Case No. 309,898**

**BEFORE JUDGES**:

> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Walter Urena** has this day been

> **DENIED.**

cc: Hon. Phillip Terrell, Jr., Counsel for the Appellee
    Monica D. Doss, Counsel for the Appellee